**Order entered July 25, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01476-CV

### ROBERT ARMSTEAD, Appellant

### V.

### PRIMROSE OAKS, Appellee

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-17-04107-E**

## ORDER

Before the Court is appellant's July 23, 2018 motion for an extension of time to file a

brief.  We **GRANT** the motion and extend the time to **August 23, 2018**.


/s/      ADA BROWN
JUSTICE